UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 09-10325-JLT |
| | * | 1st Cir. No. 2010-2178 |
| MICHAEL VIRDEN, | * | |
| | * | |
| Defendant. | * | |

ORDER

September 29, 2011

TAURO, J.

Appellant's Motion for Access to Sealed Documents [#101] is denied without prejudice to refiling in the Court of Appeals.[1]


IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] See Acevedo-Garcia v. Vera-Monroig, 368 F.3d 49, 58 (1st Cir. 2004).